US Supreme Court
Eastern District of California
I Street Room 4-200
Sacramento, CA 95814-2322

International Court of Justice
Carnegieplein 2501
2517 KJ The Hague
The Netherlands
Attn: Hisashi Owada
Attn: Peter Tomka

United Nations Headquarters
760 United Plaza
NewYork, New York 10017 USA
Attn: H.E. Dr. Ali Abdussalam Treki



**FILED**

JAN 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Latisha Santos Petitioner

And

United Nations

International Court of Justice

Us Supreme Court All Districts

Sacramento Superior Court- Carol Miller

Superior Court of California County of Sacramento
Sitting as the Juvenile Courts

Superior Court of California County of Sacramento Famliy Courts

Superior Court of California County of Sacramento Criminal Courts

State of California

Health and Human Service Agency

California State Wide Health and Planning

California State Board of Education

Health and Human Safety

Federal government of the United States
Legislative Branch
Executive Branch
Judicial Branch

President, Barack Obama

Ex President, Gorge Bush

California Governor, Arnold Schwarzenegger

Sacramento Housing Redevloping Angency

Idustrial Commerical & Bank of China

US Bank

Safe Credit Union

Wells Fargo

Bank of America

Bank One Corp.

Chase Bank

City and County of Sacramento

**Complaint: Murder of my Children**

Case Number: 224891

Appeal Case: C0591189

Case Number: 94/98FL03436, 94FL08149

Case Number: 08UD13436

**2 1 0 - ₡ - 0 2 2 0 JAM ₡₡ PS**

4933 Toronto Way
Sacramento CA
95820

916-388-7116

Latisha
Santos
1/27/10

1.    Kathryn Taylor/Tyler BD:  May 14th Roswell, New Mexico: She also used to live in Santa Fe, New Mexico and went to college near by.  Both Ernest Sawtele born Aug 30 and Ernest Sawtele born on Aug 31 they would ask me to go with them flying and driving sometimes sepreate.  They are two different men but they look almost identical they were investigating her and they wanted me to fallow them for back up.  They both work for the DA/Courts and Justice Department.  I also did my own investigation on her in the late 90s and early 2000s because of her harassment, stalking, and odd behavior.  I have never liked her since childhood.  Kathryn Taylor is also strong-bi and she is very weird sexually, example: hangs around young girls, boys/teens/college and, gay men, lesbian.  She would also act and dress likes a man for years, she was also arrested/busted for acting/portraying/presenting as a doctor at Kaiser in Sacramento, CA in the 90s late 90s and early 2000s.  She also was arrest for signing my signature with out permission and tried to have my children token away from me.  I did pressing charges on her, Joyce/Ben Martinez/Juarez, Anthony and Norrisa Juarez.  She lies and take her sisters idenity.  She lies and tell every one that she went to Princeton but its not true.  She used to work for the Justice Dept. off of Broadway.  She also would strip in Silver City New Mexico for years.  Kathryn Also was in on the murders children and the Hawkin/Hawkins little boys with her relatives.

2.    Stephanie Taylor BD:  September 27th Stephanie Taylor went to College at Yale in Africa.  She went in the late 80's and 90's. Stephanie told me that she went to Yale and I have flown out with her too Africa to see if it was true; for Yale and the DA/Justice/Government.  I was investigating her because she wouldnt stop trying/jump on me and she was stalking/harassing me bad.  I have also asked the school and with Stephanie's permission.  They have told me that she did and kind of a does. I also was standing next to Ernest Sawtele or it was Ernest Baker because they were investigating for the murders that she has done.  She really is a assassin. I have witnessed and seen her murder many people. She is also married to Kenneth T. Hawkins.  She tries to say and but that she is married to Robert Hawkins but there is no one by that name.  There is a Robert Hawkins who is his cousin.  She also help murdered his children.

3.    Kathrinj/Katherinj Taylor BD: September 29th around 1:42, 2:42, or 3:42 pm or am She might be born in Pandora, Greece or just somewhere in Greece (for fact).  I would run into her in Greece.  She also might have stayed in Ohio/Iowa Pandora.  Kathrinj/Katherinj Tyler is a deferent person but they both look almost identical they are blood relative. Kathrinj/Katherinj Taylor is a WHORE/Prostitute, Drug dealer, murder of children, families and teens. She was into little girls and boys. When I would run into her around the world.

4.    Katherine Taylor BD: September 29th 5:44pm or am:  She might be born in New Mexico too.  Katherine used to work for the Chicago FBI and over saw or work for the Justice Department that both are in Chicago and was caddy corded from one another.  Katherine went to Princeton College in Manhattan New York

around the 90s. I would have serious fights and run in with Katherine and her relatives as well the associate that she was affiliated with they hurt/murder/rape/kind nap/torture/setting up traps/steal property and corrupt real state of the public and children.

5. Kathleen Taylor/Tyler BD: September 30th she murdered my son Arthur Anthony Anderson/Avalos born 12/22/97. his mom sign over her legal rights to me. Kathleen admitted to law enforcement that she murdered these children. She goes around murdering children, drugging people and giving people diseases. I witnessed her murdered a couple of the Hawkins/Brown boys at the CHW on Marconi in 2001. Her and Ernest Sawtele born Oct 30 shot the little boy in the back of the head CHW on Marconi 2001. They both were dead. I did everything I could to stop it. She was with Robert Hawkins. All Taylors's were envole.

6. Stephine Taylor/Tyler born 9/27 and 9/30 two different people but they look identical.

I am not done reporting them. I need to remember more on them both and I need to get the other criminal party. The little boy was related to Kenneth Hawkins he was convicted of trying to rape me 1999. Ernest Sawtele BD: 9/5/58, NRA/DA

7. Michelle Kyle Taylor/Estrada maybe a Tyler BD: Oct 16, married Emanuel or Manuel Estrada/Juarez They are (Identical twins); (Anthony Juarez's) blood relatives (fact) Michelle/Kathryn/Katherine/Ida/Michelle Rodrigues/z or McGallon they setup/trapped Emanuel or Manuel in a courtroom at the US Supreme Court Sacramento Ca. They just got married around 2000 or in the late 90's (I think 97) .He came from out of state looking for Michelle because she was missing again around 2001 or 2002. He came from some where around Indiana. I know that Emmanuel/Manuel used to stay/live in Colorado and Arizona.

8. Kathrinj/Katherinj Tyler Austin, Texas (Fact)  Judge Gill or Gills in Texas showed me Kathrinj Tyler around 2001 or 2002 and for fact the id said Kathrinj/Katherinj Tyler in Antin, Texas not Austin Texas; Antin Texas is not a typo, however she still stay/lived in Austin Texas for sure.  She also might have stayed/lived in Pandora Ohio/Iowa. Kathrinj/Katherinj Taylor and Tyler are both two deferent people but they look almost identical and they are boold related (fact). Kathrinj Tyler Antin, Texas had a sister that looked almost identical to her. Kathrinj Tyler disabled/handicap that was staying in Antin. Her sister was born with it or she was the one that got in a serious car accident

9. Kathryn/Katherine Tyler Oak Park, MI her BD: might be Dec12 because that is what she has told me. A couple the Tyler/Taylor's' would also say their birthday was Dec 12 too. When she came to Sacramento,

CA in the 90's:. Later when I saw her in the state of Maine and in a courtroom around the late 90's early 2001 or 2002 she was a Referee for the state courts. She would go on TV and in the courtroom acting/portraying/presenting her self as a Judge: making illegal Judgment on the people. When she came to Sacramento She would tell people that she was from Oak Park for years people from Oak Park Sacramento really thought she was. It wasn't true. She also used to be with my housing manager.

• Kathryn/Katherine Tyler is a strong bi person.

10. Annette Henderson/Taylor/Tyler she might be a Hendersen

She would stay in Atlantic City, New Jersey. She used to be with a couple of the Sawtelle's, Sawtele's', Hawkin, and someone that look like Prince. (I swear.) She was odd. She would hang around the Gay/lesbian weirdoes. She would brag that her man was a Judge. I was on the east coast and I meet the Judge he was a nice guy she was just using him. I think he was Judge Hndersersen or son. Annette Henderson/Taylor/Tyler also had AIDS and I walk in on her forcing Arthur Cornwell (2001) to have sex with her and she gave him AIDS. She went around and with her friends, associates, raping, injecting, trappings, setting up children, people, men and females giving people AIDS. DEASESE in the 90's and 2000's. Selling drugs.


• They are Gang/Bangers Diamonds/Gardens/Nathaniel, Cuzz, Cripe
• Two of the Taylor/Tylers Middle Names is Annette but one of their name is really Annette. (Fact)
• Fresno, San Diego, San Jose, Modesto, Lodi, Rio Linda CA, Citrus Heights CA, Texas, Atlantic City, Canada Emerson, Serect, Central Greece, Manhattan New York, New Jersey, Oak Park Maine. Chicago Illinois, Yale Africa west upper coast side. South America Brazil. That is where Princeton Hangs out.
• Visilla/Tulare with my Uncle Victor and Norma Perez they worked for them. They also work for Double D. Builders Shaun's father Don Wilford.
• Some of the Talyors/ Tylers have been drug test and they had their back molar on the bottom right side pulled out for drug testing and they didn't pass. A couple of them Kathryn's' did have it done. I know for fact she did not pass. They are serious heroin attacks, speed, and alcoholics.
• ALL OF THEM ARE STRONG BI. They are into prostitution. Head Hunters. Over the world

I am not done reporting them.


11. Ernest Sawtele 8/30/ around 1958 Justice Dept. might be DA too. 9th and Gst Sacramento CA. Ernest Sawtele rape at my apartment on his birthday 8/30/2001 Mark Scotts's' wouldn't stop breaking into my Apartment.

12. Ernest Sawtele 8/31/ around 1958 Attorney, DA from Pennsylvania right by New York

13. Ernest Sawtele 9/5/ around 1958: Attorney, DA, NRA, UC Berkeley Attorney (Dead) Kathryn Taylor had him murdered I was their. She set him up . I know that they were in a relationship for years. Ernest Baker shot him in the head. Kathryn was having sex with them both. He was reporting her for the crimes that she has done.

14. Ernest Baker/Hawkin/Sawtele  9/5 around 1958 Attorney, Secrete Service, Harvard, Washington DC, East Coast, New Jersey.


I am not done reporting them.

Elk Grove (Sheldon right by Consumes College), a couple of them live in Mariposa, Berkeley, Washington DC, New Jersey, Manhattan, Pennsylvania, Cincinnati Ohio, Seattle Washington, Lakeview-Portland Oregon

- One of them used to live at 6010 Calvine Rd Sacramento for years right up the street from where I used to live 6105 Calvine Rd. with Martha Santiago the Santiago family in the late 80's until 96. I witnessed one of the Jorge Santiago/Santiagoz/Santiagos murderd the black woman that bought the house from Martha Santiago and her Husband Jorge Santiago. I tried to help her and tried to stop it. She was a signal parent. I think she worked for the Fire Department; 2000. Then her sister moved in and they murdered her too 2001. I found out later on that the same family that looks just like Martha and Jorge Santiago moved in and bought the house. When they are the ones that murdered this family before and even her little boy. I know that they are still there. The family that keeps going around and murdering people.
- I know that one of them went to Harvard and IT.

15. Ernest C. Sawtelle  1958  Sep 10-12 Records/City Pound/Justice Dept.

16. Ernest C. Sawtelle  around 1958 9/6, 9/7, 9/8 or 9/9  Records/City Pound /Justice Dept.


- Ernest C. Sawtelle's' one of them told me that he went to Princeton (I don't know if that is true) I know that one of them said that he worked for the Attorney General or if he was just snicking himself in the Attorney General Office with his connection. I know they went to UC Davis and Berkley for fact.  Pedophile
- Their was a blood test token on my son and his father Shaun Wilford. The blood test came out that they are blood related. Ernest C. Sawtelle illegally keeps coming out at the DA office and saying that they are Ernest Sawtele 8/31/58 Ernest Sawtele 9/5/58. I forgot that Ernest Sawtele 8/31/58 was murdered out side of the 4

DA Office, by Ernest Sawtele and Ernest Sawtelle ex' girlfriend Katherine Taylor. Katherine Taylor told Dianna or Diane Brown/Cole to shot him. Diane/Dianna Brown/Cole token a gun and shot Ernest in the head. We both where out side sitting down talking. This would right before his BD: End of Aug 2002 at the DA office they should have it on video or camera.

17. Christopher Sawtelle around 1958 9/6, 9/7, 9/8 or 9/9 Records/ City Pound/Justice Dept.

18. Christian Sawtelle around 1958 9/6, 9/7, 9/8 or 9/9 Records/ Justice Dept

19. .Nathan Sawtelle around 1958 May Records/Justice Department/Courts/ World Trade Center

A couple of the Sawtelle's' used to live on Carline, off of Calvine Sacramento Ca 95827, They would live in Fresno, Visalia, Modesto, Ventura, Vallejo.

- I would find them out of state like in George, New Jersey, Atlantic City, Wilmington NJ. (I think Nework, Ohio). North, South Carolina Charlotte, Columbia, Charleston. Wilmington, somewhere by New Berne (A COUPLE OF THE SAWTELLE'S' ARE MURDERED) Canada, Manitoba, by Norway House on the right upside the place used to be called (Secrete.). Angle/Angel FBI, Sheriff lived in Duplin and Regina Brown used to live right above New House. Kathryn/Katherine Stephens Taylor/Hawkins and all their look alike used to live in Manitoba Canada doing the same crimes. Murdering/Harboring/drugs/prostitution/
- They Gang/Bangers Diamonds/Gardens/Nathanial, Cuzz, Cripe
- Some of them have Twins
- They are into harbing/hiding/destroying records, prostitution/drugs/murders of the public/children and they lie and say they are Ernest Sawtele; They are dead. The Ernest Sawtele are cousins of the Sawtelle's'
- I know that one of them when to Harvard and IT.

20. Penelope Clarke CPS Director, She is (White and a Iraq Indian) She is in her early 40's to mid 40.She Lives in Visalia Ca. She live oh Palm Spring the house on the lift side right at the corner or the second house from the corner; right next door to each other. I think the second house has a iron fence and might have bars on the windows. I know that she takes them on and off. (Right Behind the Visalia Mail) in a House. I have been their with the US Government/International Intelligence and other associates that were observing but she was a serious live emergency life threatening (subject). She was being investigated for murdering people/children and setting traps all over the world; even with animals. She has been investigated since the 90's and early 2000s' by other associates and people that known her since childhood. They have been investigating her forever because of her (Criminal Family) and her odd behavior (Criminal Ways). She

bangs the gang (24) Visalia/Fresno/Tulare/Modesto/Lodi. <u>She is a gang banger.</u>(fact) <u>I am not playing</u>. She stocks, harass, murders, tortures, hunts, molests, raps,( animals, people, and children).(fact) She has done it to me <u>Repeatedly</u> and other good people/children/friends. Like a Sport They think its fun. She is a very evil, manipulating, coning, vindictive, psycho cereal killer.(I am FN SERIOUS) I witness her murders and her sick evil doings. I'm a serious enemy of hers and the group of <u>psycho cereal killers</u> she is with. They really go around killing people and children to force them into prostitution. All over the world. She isn't doing this all by herself. She does it with/by gang banger like herself, drug addicts (Medical Asst. Doctors, SW, Therapist, Courts Staff, law enforcement, government, state and city workers.

- She is also involved in corrupt Real-Estate, she used to work with the cousin branch of Washington Mutual. The company and owner of a program Larry Landry and who he was associated with. He and one other person created was a loans/banks/safes good system.(contracts). It was doing ok and it split into branches and then it became other banks/safes and loans contracts systems. She was like a loans processor in the 80s and early 90s. Penelope Clarke and who she was affiliated with tried as hard as they could to sabotaged and steel it while they dog the program. They even went to court over it. Larry Landry or who he was associated suied her and press charges on her. She went out of her way for years to ruin the safe processing and the persons reputation and keep trying to set/traps and she has been arrest for it. But the courts didn't dismiss what she had done. She murdered the judge and the people that where testifying on her even children too. A lot of families where counting on the system and lot of people lost their job, lives over Penelope (evil control). In the early 90's and that's how she hook up with her CIA/FBI financial murdering games. She is also is even involve in calling hits with banks and safe employees, with their relatives too. Robing bank accounts, horbing, herbing, money, drugs, drugging, murdering people/children and switching without any remorse . This is not her job.

- She should have been dead along time ago. The only reason way she is alive is because of her whoring sick pedophile, preying and murdering the public with this group of psycho cereal murders; If she has done a crime to you and you report it or you fight back.. She murders you or she has you murdered with and it goes with this same group and she even uses other children to do the sick the worse kind of crimes (even murder). Penelope Clarke and I have gotten in serious life threatening fights and I have whooped her ass more then a couple of times with her and her gang bangers/cereal murders of children/people/ and animals. She has attack and she has had me attack. She is also involved in rapping, hurting, molesting, me as well as my own children. I have been fighting. Penelope Clarke, the Taylor's', Tyler's' and Timothy Lawless with them teaming up with my own relatives. She is obsessed with my ex's and me. She goes out of her way with her associates <u>the psycho murders</u> and create the crime themselves. They need to be in prison. Just because of her job title doesn't mean that she isn't a criminal, pedophile, sick bitch.

- I saw Penelope Clarke on 11/12/08 or 11/13/08 around 2:30 pm. I was going to the DMV on North and I saw Penelope Clarke on North and Walnut driving in a four door sedan Toyota 90's. She was wearing a blue suite.

- I have also gotten in physical fights with her at this stop light from her threatening my life as well as my children. A couple of times in the past. I didn't know who she was when I was young. All I know was that she would go out of her way to single me out and would do odd/ evil things to me. Mid early and Mid 90's. I would let her know that I wasn't her punk.. I though she was just some older white girl (jealous) and she was. She didn't make since.

21. Christine/Christina Pamela Clarke Carmichael CA. She is (White and a Iraq Indian). She live on the street called Spring right off of North and Walnut; right behind the DMV in Carmichael CA. 95806 on the right side about 4 house down. I went to the DMV and I saw her on 11/10/08 2:30-3 pm. She still might work for the Water District (Board); which is right across the street from the Juvenile Courts (off of Keifer) Rancho Cordova, CA: They help each other in snitching/ hits/staking/violating people/children privacy, with the Courts/Law Enforcement/Health and Human Safety/CPS connections. She is Penelope Clarke relative and partner in crimes. Pamela Clarke is just as guilty as Penelope they are involve in the same shit with each other and the same psycho murders group. She is also a gang banger too. They both go by Penelope Clarke and switch their names and place even with their jobs to hide off the f up bs they have done. They kidnap, force sexual favors, or rape. They get off on it. They like it.

22. Carol Clarke She used to live off of Watt/ Fair Oaks by the Library off of Watt Between Fair Oaks and Alta Arden. She was killed because of her evil ways(2002) around 35 yrs old. murdering children, raping, trappings, molesting; the same bs that Penelope and Pamela Clarke are involve in the same evil, control, preying on the public. She was a pedophile, druggy, psycho serious. She also was a crack/Ice heroin user. She isn't a victim. She preys on children and families. All three of them play off each other name and identify to confuse the public just to be mean and evil.

23. Penelope Clark She is a relative of the above people. She works for the city pound/Justice Department on Broadway in Sacramento Ca. in the 90's and early 2000's. Her office used to be right next to Kathryn Taylors. Kathryn Taylor was on work probation and probation for steeling property (Jewelry) from Erin Anderson. Erin Anderson lived in Visalia; it was a green emerald bracelet snake. The bracelet was worth around 40k and it came with the set (necklace and earrings) 50k. It was mine; Erin Andersen and Kathryn Taylor where playing games. Erin Anderson was holding it for me. They went to court over this. I don't know what happen. It was giving to me for saving a village; the village major gave to me as a gift. Both Erin Anderson and Andersen are dead. I still pressed charges on Kathryn Taylor and So did Erin Anderson. Also I have press charges on Kathryn Taylor for signing my signature.

7

- Penelope Clark over saw the city pound and even the city morgue
- Kathryn Taylor was the supervisor of inventory at the Justice Department off of Broadway in the 90's. They were seriously going to firer Kathryn Taylor. Then she turn thing around on Penelope Clark. But they both aren't good people.
- Penelope Clark had a Identical twin or sister that look just like her I think her name might be Christine or Christina Clark I have meet her twin and her twin and I did get along fine. They both are dead. Penelope Clark asked for it she isn't a good person. I Think her twin work for the city mourge.

24. Penelope Clarks She around 5'3 white, blonde in shape with a bubble butt. She works for Wachovia Bank in Philly, Pennsylvania around 97. She was associated with Golden One. She was a very good girl/woman. Penelope Clarks and I witnessed Katherine Taylor or Kathryn Tyler murdered Matt Damon/Padila or Pedila or Padela. Penelope Clarks used to be Matt's boss and they were good friends I think relatives too. I would fly out to see him. He would send for me through his friends and family. He became a manager at Golden One in Philly. I've known him and his relatives since I was a little girl. Katherine Taylor or it was Kathryn Tyler. She was breaking into the bank and stalking the employees and Matt even getting in physical fights. Penelope Clarks would try to stop her and I had flown out to stop her. Penelope Clarks found out later that Kathryn's' are her cousins. After we found out that Matt was dead, she came to stay in Sacramento. I would check on her while she was in Sacramento. The same group of people SHRA, Will Williams the Williams, Kaylob Taylor. Norissa Casino, Anthony Juarez. Anthony Warriocz. Anthony Martinez, Holy Miller/Jones. Mark Scotts BD: 10/2 4/29 the third one

25. Rena Leslie Aguilar (Referee) Nov. 25th 1959 Longview, Oregon. I don't know where she is from but I used to she her in West Sacramento around 1996/97. She is a lesbian (fact) but she was married for 20years and got a divorce from some Samoan man that was law enforcement. She was a rapist with women/men She would set trapes with Penelope Clarke. Tayler's. Judy Castillo. Joyce Martinez, They would take children away from their parent to make then do sexual favors. Corrupt RealEstate. Prostutition, drugging, drugs. hurting children. She would also stock the shit out of Jage Lopez with his ex wife Latice. They weren't married them.

26. Regina Bryant:Aguilar Nov. 27th Missouri (Referee) Pedophile that is also a pedophile state.

27. Sharon Aguilar Dec 3, 1957 or 1958 Escondido, San Diego, Arizona She murdered children in her chambers. Ive witnessed Sharon/Susan Aguilar with her boyfriend or Husband US postman Frank (aka Franco) also SHRA Manager Judy Castillo relative.

- She murdered a couple of little boys in Escondido around 99-2001 and she also murdered a couple of my

adopted sons. She stabbed Oscar Anderson/Martin in March of 2002 in the back with scissors. At the Family, Court in Sacramento CA, in the court chambers on the 2nd floor. He was my son. She murdered him.

28. Frank/Franco Gonzalez/Gonzales) kidnap two children from Marvin Marshall Carmichael CA, Oct. 2001. I went to the courtroom 131 on the 3rd floor of the Sacramento Juvenile Court off of Power Inn. to find out what was going on. I walked in the court room and heard and saw Sharon or Susan telling (Franco) to kill them. I saw two little boys they look just like they were from Central America around the age of 5. They didn't speak English. They were so scared. US Postman Frank ( Franco) Slit their throat and murdered them and the mom. Sharon or Susan though it was funny they enjoyed like they were having a party. They had this pained in a sick way to find dummy or someone is not from the US and cant speak English. (Kill Them). I swear to god. Franco did it again in Oct of 2002. He kidnap two other children from Marvin Marshall and murdered them in the same courtroom and Sharon/Susan help Franco murdered them. He was dating the sister of the family that he murdered the year before. Sharon/Susan did want Franco to be with her anymore. I heard her tell him to kill her and he did because he wanted to go back with Sharon/Susan. I swear to god. They murdered all three of them. Matt also saw it too. They were from Central America.

They bang Gardens. They are two to three different men and they say they are one person. They live in Elk Grove, Lodi, Modesto, San Diego, Fersno. I am not done reporting them.

29. Susan Aguilar  Dec 3.San Jose, Modesto or its Sharon Aguilar that is from the area

30. Sheri Aguilar/Welch/Rojas/Rosas  Sheri BD: July around 1960.  She was shot in her chest twice. Sam who is a (Saint/Angel) God gift to this earth and women . He was trying to kill Susan/Sharon Aguilar whichever Referee is born on DEC 2ND because Aguilar and who she is associated/affiliated with are murdering his family and children. They were playing games with his mine and Letice and both Leticia Freitaz/Freites, Marcia Zepeda ((HEALTH AND SALFTY)). They trick him on purpose and gave him the wrong identity. Sharon/Susan Aguilar trick Sheri in taking her place on the chair/podium and he shot her on addicted. They murdered him in the courtroom. I hard nothing but shot being fired in room 131 on the 3rd floor of the Sacramento Juvenile Courts in the fall of 2001.

31. Sharon or Susan Murray  May 20th  Colorado, Lodi CA. Turlock (Referee) She told me and swears to god that she is born in 1961. I went to PERS and I pulled her up in the database and I found out that one of them is born May 20th 1961 but the last name didn't match it was under Brood/Broud (Murray).

- Susan Sharon/ Frank/Franco they all murdered Judge Sharon Murray in Sacramento Juvenile Court in room

131 on the third floor. I walk in on it. 2002 or 2001. They slit her throat and stabled her to death. She also was with Franco/Frank the Us Postman I think she married him too.

All of these Referee's' Keep switching and saying they are Susan Aguilar and it three different female. Relatives.

- <u>Sharon and Susan Agular/Santiago/Santiagoz/Santiagos/Clark or Clarke</u> ( Identical Twins)
- _They look almost identical to the Judge that is on TV. The one that is on TV is their cousin or sister. Sharon was very good judge we were friends. I would help her. I witnessed her murder, and her sister Susan is a gang banger Gardens and Broderick. Susan Agular is also involve the criminal crimes. She go by her sisters name Sharon Agular; when its really Susan. When I was younger. I would call her Susan and she would get very mad at me like trying to punk me. We would even get in yelling/fighting matches since I was a little girl only because I know the truth. One of them was attack and at my grandmas house by one of my relatives or hers. Susan would play identity games. Her sister would have her attack.. She didn't want me to be her friend or get closes with her. I just know one of them was a serious gang banger and one of them used to be with my Uncle Attorney Victor M. Perez. I think they went to college together.
- Both Judges might be dead and or it was  their relative on Sep 2006, first Week of  Oct 06. There relatives Sharon or Susan Agular. I know their might have been four or three of them. The one on TV was in Philly, New Jersey, NY.. Last I know of was early 2002. Sharon or Susan Agular used to but with this DDS.
- Mark J Hagele DDS Who worked on my son's Shaun Wilford and fuck all his teeth up. He slammed his two teeth on the table at Sam and Julie Santos off of  Gst  and 15th . He crack his two front teeth.. I called the denial insurance and Health Net to have him knock out. I even had to get a hold of underwriting so his teeth can be fix. He is disable. My son might have hit his teeth twice. This took a couple of mouths on their part. My son did not have any cavities maybe very little. I took my son to be check out by Mark Hagele DDS. I received his information from access team. He told me that my sons two front teeth needed to be pulled and that he had a few cavities. Then when my son had the sugary off of Scrip Drive with the same doctor Mark Hagele. I waited and Mark J Hagele told me that my son had 18 teen cavities and that he fix them. I told him that was weird because we don't eat junk food and he told me that he had only a few cavities. Gisele from CPS pick me up with my son because some keep mess with my breaks.
- Mark J Hagele cousin or Identical Twin that had  almost the same name and just as many years of experience or more with a very good standing off of Sunrise by the Sun Rise Mall, Citrus Heights. Mark J Hagele would always bad mouth him and put him down.: when his cousin was a better DDS and person. He would snick in his office and act like he was him. He ended up murdering him and took his

office/life/indenty. They tortured my son.

- Alta Regional; I took my son to Alta regional 9-9-04 with Psy..D. James McCray; He is Mark Hagele cousin. He is related to the Marin and is my sons father cousin. Taylor/Tylors ex's and Judy Castillo/Castello ex's too. All of the men that I name above.

32. William William/William BD: Jan 26 or 27th He was my friend witnessed murdered and tortured.

33. Will Williams tried to rape me, sexually assaulted me, tried to beat me up. SHRA called me and told me to meet William at 35th and San Fransico to get my son.Arthur Avalos. I did show up and he did attack me very bad. I did wope his ass a couple of times.I did report it to law enforcement. This man is dead now. He even raping and molesting children too. He was a housing employee.

34. Wiley L. Rowe He went Christen Brothers with Anthony Juarez 10/22/08 and I think he is Norissa Casino/Juarez Cousin. My Old Manager.SHRA

35. Kaylob Taylor SHRA He is related to the Taylor/Tyler and even Kathryn Taylor

36. Terrie Rule SHRA/Sheriff old Manager SHRA Wiley, William, and Will are all her relatives.

37. Terry Schutten (Exe Welfare) SHRA Terrie/Teri Schutten Terry Schutten is a man and on his answer machine he has a female on his answer machine. The voice is SHRA Terrie Schutten she is Terry Schutten ex or relative. I know that he murdered her. I try to do whatever I could to stop it. I did witness it.

- Terry Schutten is also related to Michelle/Michaela Martinez/Martnez Michael Martinez/Martinez who murdered my adopted daughters Vanessa Warrioes. Vanessa Martinez Ny Dec 12 2001. Terry Schutten called the hit with Josie Martinez. Over money. Terry Schutten is a relative of Josie Martinez/Juarez and Anthony Juarez.

38. Terry/Terrie/Teri Reid/Reed 2001 and 2002 Witnessed her murder like my Dad 6/18/52 Gorege Bee Lopez Ili King of the Pilipino people. She stabe him twice the last time with a poison knife. She is Terry Rules relative. He also helped me with my adopted children.

39. Muhammad Perez 10-12 years old then myself. White/Black/Samoan/Spanish 6'2 225-30lbs Weapons/Mass Destruction, International Intelligence, Secrete Service(White House). He might have been FBI too. Muhammad and Steven/Steve Perez where from 78th street and Toronto Way or they where visiting someone/relative They would also stay on 25th Ave. (78th --Bradford).. I think they were from 11

Stockton too. They both where very beautiful men. Muhammad and I were in love with each other. He was in love with me first. After Clinton was not president anymore, he came straight to my apartment in January /February of 2000. I was waiting for him to show up and I was told he was coming into my apartment. I waited for a while and I heard low gun shots fired. I found out that Muhammad was murdered in my parking lot. I was very upset (crying). I was pregnant with my son. I found out that it was Shaun Wilfords' and Shaun's relatives that murdered Muhammad.

40. Steve or Steven Perez 7-8 years International Intelligence, Secrete Service (White House) .I think that he might be FBI too. He was in love with me . We were good friends. We would work together. I was with his brother that pasted away.

- Bodyguard of Bill David Gates AKA (David) Owner of Microsoft and his family Connecticut, Ohio.

41. Muhammad Raines Combat International Intelligence, Secrete Service. (White House)
I think Muhammad was a National or it was one of the Steve/Stevens'. He looked Identical to Muhammad Perez I could not tell him apart. He was in-love with me too. I did love him back. We would work together all over the world. I was alone most of the time. He would want to know what I was doing and sometimes we would team up to help. He was murdered in 2002 I was with him. He was telling me he was inlove with me and we where hugging and kind of kissing. Then he couldn't hear or breathe. They put a hax on him. I was hurt extremely bad to lost Both Muhammad's' and their brothers too.

42. Steve or Steven Raines International Intelligence, Secrete Services, (White House) We would sometimes work together on helping the public. He was also in love with me. All for of them very good men. I loved them. They were murdered. I did witnessed.

- Bodyguard of Bill David Gates AKA (David) Owner of Microsoft and his family
Connecticut, Ohio

43. Steve Rain FBI Stockton CA,

44. Paul Rain FBI Stockton CA,

45. Arthur Michael Anderson (aka AMA, and 150) 05/01/72 BS Business/Human Service (Good Friend) I adopted Arthur's son with him.on the day his son was born. Arthur Michael Anderson Jr. 4/28/1998 aka Donald Duck. The mother Sara Garcia rape Arthur Michael Anderson in Lodi CA to get his son. I witnessed this crime. He press charges on her. The mother was also a drug attack and convicted felon. She would stock, harass, tried to murder Arthur Michael Anderson. CPS would not stop trying to take his son; for no reason. Because of what what Sara was doing. Arthur and were the parents not Sara. Holy Miller and Sara Garcia Murdered. Arthur Michael Anderson on his BD; They lived by the Sacramento Bee. They

poisoned him. His father and I did everything they could to stop it. I did witness his murder.

- 3/02 I witnessed Arthur Michael Anderson murder at Leticia Sanchez house off of Northgate near American/El Comino. Chit Clark twin brother poison him. Over Leticia Sanchez. She set him up to be murdered. They broke my heart I loved him and his son. He was a very good man.
- His dad was the owner of a business in Lodi called AMA. Diane Walker Murdered his staff and that's way he went out of business and then she famed Arthur Michael Anderson with Angelina Clarke of passion of a deadly weapon. He was coming to my house because someone told him that my life was in danger may of 99. I was taking his son in. Arthur didn't do anything. Diane Walker cousin that look just like her with out any lips and Angelina Clarke BD: 5/5; made a fail sheriff report. He took it al the way to the US Supreme court and won. Holy Miller is related to Diane Walker and Clarke too. They did murder his son.
- Arthur Michael Anderson is a beautiful man drop dead gorgeous. This female are into prostitution,drugs,dirty law enforcement.
- Mark R Scott II was obsessed/jealous of AMA/150. I witnessed Mark poison him and injected him with a chemical that fuck his bone up and he could barely walk; he was in so much pain. Mark and I got in several physical life threatening frights over what this wirts is about and over my children and my friends. He was going around murdering people.
- Judge Fuita or Futia (US/National Judge) in SF 4/28/98 on Golden Gate right Next Door to the SF Judicial Council now where the field is caddy courd from the FBI on Golden Gate .
- They also murdered this Good Judge and his family.

46. Anthony Antonio Anderson 10/27/68/67 Masters Degree (Manager FBI) SF CA, Golden Gate.

Oct of 2001 they Murdered Anthony Antonio Anderson the same way they murdered his brother Arthur Michael Anderson. I have gotten in many life threatening fights with them. They poisoned him to death. I was screaming for Anthony not to come out. He was a very good man and beautiful/gorgeous. He also used to be with the criminal Julian/Gulian Andersen CIA/FBI. I HATED HER.

- Their knew their identical twins they are dead We were friends/Relative. The ones that are alive are taking their identity. They are also CIA/FBI. They killed him over what he knows and his poison. We have really gotten in serious fights because of what they have done. They are part of the group that are psycho cereal murders. Anthony Antonio Anderson, Arthur Anthony Anderson and I were very closes.
- Jared or its Jerard is a Gagger/Garcia/Perez around 5'10 to 5'11 SF FBI Indicial Twins
- Jerry Grayson or Jerry Graysen 5'11 SF FBI Indicial Twins
- Marie McGurie (not Marrie McGurie) even though they are identical Twins
- I made a complaint on 5/21/08 around 9:30 with the above people for about 15 mins I didn't realize who they were. I know they are also related to my Housing Manager, Otilla Alupoaie, my Uncle Attorney Victor Perez

and Norma Perez. She is a family court Judge she goes by a different name. The two men are also related to the Attorney Michael Hansell.

- Marie McGurie is also related to the Cole's' she is also related to Taylor/Tyler. (fact) They already done blood test on these people.

47. <u>Mat Damon/Damien/Damon/Damen</u> 10/23/73-70 ((Engage, Fiancée)), Vallejo Ca, Social Worker

Judge Gill murdered him in the court room.. He told Judge Gill that he wanted to marry me. or he asked him if we could get married . I don't remember how he dead. I was not in the courtroom. Judge Gill had him murdered or he had his staff murdered Mat. His mom gave me her wedding ring it was appraise at 92k.around 2000. She gave it to me around 97 but Mat was messing up and we called off the engagement. She also was a notary and something like a social worker, (we were friends. I liked her). She was a strong good person. She took the ring to the sheriff impound off of Richards Blvd. They were sheriff and they were playing games. Staff made every excuse on not to give it to me even though they admit that the property is mine and put it in the system that the ring is mine . Judge Gill illegally made it clear to them not to give me my ring. They didn't make since. I had the ring engraved with the persons/mom name and Mat's birthday and while the ring was in their hands illegally. Before they took my ring. Mat's mom and got in big fights (separately) and at the criminal court house with the staff and the public that also help murdered Mat. Judge Gill was treating me with his staff and they were men. I got in a big fight with staff and Judge Gill. I throw scissors from across the room and I stabbed him in the fourhead for murdering my fiancée. He did need stitches. This Judge Gill would act odd for some reason he did not want me to have money or any property. He is like an enemy. He would go out of his way to harass/threaten/try to kill me and my ex. husbands, friends, fiancée, relatives. He would act in a jealous way. Bottom line he just did not want me to have my money or property. He and I have gotten in serious fights for no reason but me protecting myself and because of the live treating and murders, that he has done me. The ring is mine make it clear. The ring is a gift from his mom or person NOT A ENGAGEMENT RING. Give me my ring now the ring is worth around 250k to 270k. <u>Give me my ring NOW</u>. We were inlove with each other. Mat and I were Engaged twice. With in 3 year to 4 years period. I loved him. We were crazy about each other. The Sheriff and Judge Gill broke my heart when they took Mat from me. I am his Judge Gill brothers or Judge Gill grand daughters mom. (Adopted.) They are also murdered too.

- My rings are at the Sheriff Property Pound off of Richards blvd. I was good acquaintances with some of the staff. They told me that they where going to change data base with this department in 2004 and Sheriff's did. The property might be under my ssn but off by one number; it's the last number 1, that is missing. 90k around 2000 and 250k-270k now.



- Norissa. Laurie's'. Marcia,Marsha,Holi's'. Danielle Santos's' Donna Cole's', Taylor/Tyler, Melissa Corey,Cornil. Sawtelle's' Ida's, Judge Gill. Referee Aguilar and whoever she was associated/afflectated with, they were also involve in murders of the public/children that Mat witnessed, testified, to this.I also witnessed too.

48. Matthew Paige Damon October 8th 1970 Cambridge, Massachusetts. Actor/Writer Harvard/Penn/Yale (maybe). Mat: has a Relative born on the someday with the same name or he is his identical twins both are Hawkin; he told me this. He isn't the real Matt. His twin went to Yale.

49. Matt Damen Or Damon 10/28/73-70 Attorney (Best Friends) Logan is right in the corner of Utah/Wyoming/Idaho. He was suing ENRON and won (for the people) around 1996, 1997, 1998. He went up again Earnest Sawtele and Earnest family. ENRON/PG&E or it might have been SMUD. Matt Damen/Damon is the original (RAIN MAKER). Earnest Sawtele 8/30/08 or 8/31/08 murdered Matt Damen/Damon

50. Piege Damon/Damen and Matt Identical Twins11/10th or 11th /1970-72 Piege was token, torturer, raped and turned into a Borge. Since he was a child. They would play. Sick, evil, control, games with him. They stuck him into a body suite put tube although his body. This went on al through the 90's and they took him out of the suite and the tube off around 2001. They murdered him at the Sacramento Capital. I witnessed this and tried to stop. I was very hurt and sad to see them tutored him. He had no SSN and he barely new his name. Piege told me his some of the other Matt's' that Harmen/Herman was doing this to him, the courts.CIA. I would run into him and some of the psycho murders; off and on in the late 80's, 90's and early 2000's. Hell Razor was real (not a movie) and used to scare the shit out of me. I would see them murdering and torturing people. I would fight back and try to help free them and I would get in life threatening fights and with the were psycho's' ending up dead.

51. Matthew/Matt Page Damon 11/12/70 or 69 Boston (PENN State) ((Engage, Fiancée )). He was murdered. I found him in the morgue in Indiana or Illinois on the bottom of the state. He was on some set called Men in Black too. Kathryn Taylor shot him in the back of the head. She shot him twice. Doctor Jose/Josie Ramirez/Ramires and a woman that look just like Angelina Jolie with blue eye and they said that they were going to operate and when they injected with a chemical so they can removed the bullet. He was knock out and he wouldn't wake up. I was heart broken. We ever very inlove with each other.

52. Matthew/Mat: Maxamillius Damon Butte. Montana; San Francisco FBI (National) Attorney (Maybe) We were acquaintances. I would see him all over the world. He isn't a good National. Matt/Matthew Damon/Damon Oct 28th and a couple other cousin are the ones that were really out their trying/dying to help the world and his job. I swear to good. Matthew/Matt Maxamillius Damon is with one of the Angle's' or 15



Angel's. FOR YEARS. She lived in Bozeman, Montana. She told me herself that she was on probation and that she couldn't leave Montana. They used to contact me online I would ignore her. I pretty much hated her. I tolerate Matthew/Matt Maxamillius Damon because of the other Matt/Matthew and Maxamilius is a real National: So we had to work together and I've had to save his life many times. I can say he does try to save his own life but I have never seen him help whatever country he was suppose to helping. I have seen him help kind of and then just stop because he wasn't sure if he was going to get paid. (Really)

53. Matthew Paige Damon Nov 24th 1972-70 Tennessee (Developer) We were going to elope but I was kidnap and they crucified me on a cross by India/Singapore. Justice Dept did take pictures. Shortly after they murdered Matt in the summer of 2002. I think he was a Identical Twin.

54. Matt/Matthew Damon/Demon Nov 28th He was being pick on by the courts and certain Judges. He would say was his Dad. The courts murdered him.

55. Matt Padila/Doman/Damen Dec 23rd He might be a (Identical twin) He lived in Rancho Cordova for a while. Matt and I where crazy over each other We were very good friends(sprounge). We where each others prize. I think he was a teacher aide his job was to play with elementary kids on the playground. Matt was murdered right in front of me. I witnessed his murdered around 2002. He was setup by the US Supreme Court, and Government. Aguilar, Gill, Perez-Casa, Santiago and Sanitiagos.Sanitiagoz (Whole Family). Anthonio Rodriguez/Rodrigues, Marguerite/Margarita Hazel/Cazel Dec 23rd 24th 75/74 Michelle Ramierz/ Fernandez/ Frank Dec 23rd or her name was Sandra. Michelle Rodriguez/Rodrigues Michelle MC Gee. Board of Education Ida Monjos, Ida Rajas, Ida Rojas. My sister Bianca Santiago was trying to accuse him of molesting her as well as some that look like Martha Santiago. It was founded not true. They got in a lot of trouble.

56. Matthew Damen/Damon 11/21/70 we were friends his mom gave me her ring but Sacramento Sheriff took my ring again. This ring was appraised at 56k and now it is worth 160k. I had both his mom's name and his birth day engraved on the ring.. Matt was murdered on the red carpet. I was very said. Give me my ring now

57. Matt Damon/Pedila Padela He was transferring from Philly to Sacramento because he wanted a serious relationship with me and he was moving in with me and my daughters. We were in love with each other and good friends. I would see him at the Golden One branch off of University in Sac, Ca and I would fly out to Philly to check on Matt at the Golden One where he worked. 96, 97, and then he was missing around 97 or 98. Worked for Golden One since he was 18. Penelope Clarks, and his family came to Sacramento looking for me telling me they think Matt is dead and if I have seen him. I flew out to Philly and meet with his family Anthony and another Matt. I found out that he was murdered. Matt was on his way to stay with me.I witnessed Kathryn Tyler or Katherine Taylor shot Matt's cousin Matt Damon/Damen Or Matt in the back

16

of the head twice. She knock him out right as we were leaving the bank together (Golden One). We were holding hands and we were telling each other I love you and he was gone. (out). I waited for a while and I was telling everyone that he was still alive but everyone kept telling me he was dead. Someone that look just like Anthony Juares and Jermain Rain. I was going off on everyone to get Matt help Now. They made me leave Philly. I came back the next day or two to find Matt and his nice cousin Anthony. I found him in the city morgue. He look still alive. They were scared to operate he was in a coma. They wouldn't operate they just let him die. (Matts) I was screaming at the public. I was trying to get Matt help. so he would not die. They drugged him with some pain killer and he was able to get up. He wanted the bullet out of his head. Matt and I kept telling each other I love you. Then they said they where going to operate and all they did was knock him out again and say that he had a elegiac reaction and I saw him die and suffocate in my face and arms. His cousin Anthony and I were very upset crying. The doctor looks like Jose Ramirez.

- Their should be two Matt's with bullets in the back of their head and one of the Matt's also should have his throat slash. The doctor looked just like Jose Ramirez from Sacramento he drugged him. He said he was helping him. They murdered him.

There are more Matt to report they children were also murdered. I was in love with a lot of the Matt's' I couldn't tell a lot of them apart. Mark Scotts's did Stock, herass, trap,setup, murder, them and shot about four of them in the back several times with a gun. The Matt's' and I would get in physical fights with them so they would leave us alone. All over the world and him hurting, murdering the public. 90's to 2003.

58. Mark R Scotts II, Us Marshall. Correctional Officer. Secrete Services (Washington DC) Security State Capital of Sacramento. (Current Sacramento Sheriff) Chico/UC Davis (Freemen) Brown Contruction
    BD: April 29,60/61/62 6ft to 6ft ·2 inch 235 lbs lived Oakland or Freemont

- Mark Flew out to Little Rock Virginia. I flew out too and a couple of times to help Mark and the little boy. This was around 98/99. He would also call the little boy ( Little Rock). He was playing it off like the little boy was his for years. It was around dark time and both Marks where their. At the white house and it had a front porch. I saw Mark shot the little boy in the head. Mark from Princeton was their too. They went to court over this and charge Mark R Scotts II with the murder of the little boy this went all the way to the US Supreme Court Federal Judge: James C. Brown found him guilty and even FBI was looking for him. To kill or send him back to Virginia for the murder. The courts have already sentenced him.
- September 2002. Mark Scott II and Bob Landry and Staff murdered Larry Landry Commander. He was Head of Sheriff Internal Affairs on 9th and between Dst. I did everything I could to try and stop it. Mark Scotts II lied and went under his relatives Mark Scotts Oct 2,. He had a clean reordered at the time, even thought 17

Mark Scotts murdered Ambassador of New Zealand with Norissa. I did report the murders to the staff of State Capital of Sacramento that's where Oscar worked. Leticia Freitez/Freites thought it was funny she is a piece of shit she is a employee at the State Capital Sacramento; Health and Safety (Current). I also report this to US Law Enforcement. Law Enforcement too. I am sure that Mark is under Mark Scotts Feb 17th because Mark Scotts Oct 2nd and doesn't have a good record anymore. Mark Scotts Feb 17th does have a bad mark on him. So Mark Scotts II might be using both Identities but both men are murdered.

- Larry Landry fired Mark Scotts II and any of the Mark Scotts/Scott that he was going under. He and I took the letter to Marrie McGuire SF FBI GOLDEN GATE 13TH FLOOR.

- Their is also another employee Mark Scott (Current) around 5'8 working their right now Larry Landry fired him too.

- Bob Landry help Murdered Larry Landry for his position. They look almost identical.

- Mark Scott. Mark Scotts II. Mark Scotts both, Penelope Clarke Visalia. Penelope Clark and Judge Gill; stolid both my E checks over 2 mil and Murdered my friend who name was on the check to Arturo Martinez/Martnez Oct 23, 70/71. Feb 2002. This was their second time of trying to take both E Checks went it was none of their business. They were trying everything they could to put my daughter into CPS and threading my live. A women like my mom wouldn't stop mining her own business at the bank violating my privacy acting extremely odd the person was on (Drugs). All of them committed the crime at Washington Mutual, Batono/El Comino Sacramento 95821. They stolid the checks Aug 2001 and Aug 2002. Larry Landry didn't ok it. He said and in writing to give me my checks.

- The check came from a good friend name Daniel Savantez May 10,11,12/75,76. Who was also murdered in Turkey, Ankara around the late spring/summer of 2001. He won a lawsuit against Kathryn/Katherine/Kathring Taylor/Taylor and one of the Earnest's' for trying to murder him several times. 49 Milliion. He Banked 22 million. He had my adopted dauther with him Vanessa Martinez/Martnez 8/4/94. Washington Mutual ex employee Michelle Martinez/Martinez and Washington Mutual from around the corner. She took and axe and brutally murdered him. Washington Mutual was stalking the shit out of him and gave out his ware abouts. He was in hiding.. We plained to be together.

- Then they change Data Bases in Aug of 2002. Which has nothing to do with me. The man that change the data bases was Jesse Perez born Oct , 25/26/27 1969/70 he was an ex-boyfriend of mine for several years or it was his cousin with the same name and they are born either on the same day or a couple days apart (they are engineers) . The employee that oked the database and to go through with the illegal transaction/burn was the identical twin of Liz Steiner Manager at Starbucks Coffee Company, 4301 Arden Way, Sacramento CA 95864. She is Kathryn Taylor/Tyler aswell as ex Washington Mutual SW Rebecca Mercado and Meconado two different people cousin. Also Sheriff 1212 (Current) who murdered Sheriff officer wearing 1213. 1213 stolid her number 1212. She slit her throat I witnessed it. They are identical twins. The one that is alive is a



psycho murder. She is wearing the good Sheriff Id. 1212 her real Id is 1213. Her and I have gotten in serious life threating frights for trying to murder me and the public. Because I know the through. I was close with her sister.She is office Wilcox relative. Wilcox who came out Sep 22 06. They are also relatives of Anthony Juarez, Shaun Wilford cousin. Liz Steinez is Sheriff Id 1213/1212 cousin too.

- Someone stolid my check/ID when I was in Jail May 22 to Oct.07. A lot of star bucks June 08 from Aug 08. My apartment 2511 Gunn Rd. #6 Carmichael was robbed. They stolid around 1800 from my checking's account and around 2500 all together of property.
- I did make a police report. 07-0056587SD 10/17/07 two officers did come out. Lemus # 1459 is a serious conflict of interest and so was the older man that came out. Lemus is Sw Rebecca's ex or relative and is Anthony Juarez relative. Both men that came out are my ex Mark Benjamin Jage Lopez aka Jage Lopez ex Wife Letice Lunichhi cousin or Ex.
- He also used to work with Shaun Wilford Dad at Double D Builders. For years with his dad.

59.(DEAD)Mark Scotts Us Marshall. Sheriff. Secrete Services(Washington DC) Security Sacramento Sheriff Chico/UC Davis

BD Oct 2, 60/61/62. 6ft or 6ft'2 inch 235 lbs lived Oakland or Freemont

- Oct 2, 2001 2:30 pm for his BD: They murdered Oscar Manuel Alderson (Ambassador of New Zealand) at the 16th light real station on 16th street downtown Sacramento. Oscar was a employee at the State Capital of Sacramento. We were in-love with each other and we were going to start dating. Oscar and I were good friends and he didn't know Sacramento to well or America; but he would try. We knew of each other since we were kids and always wanted a chance with one another. Mark Scott (Sheriff Internal Affairs) and Norissa Casino/Juarez murdered him. I was singing/raping to Oscar he was driving a grey/silver BMW because he turned down the wrong street again going the wrong way. I was at Oscars car and Mark had a shot gun and Norissa told him to shot Oscar. Mark shot Oscar with bullets in the chest. Norissa was jealous and piss off because he didn't want to get to know her or have sex with her. So was Mark. Mark Scott is Strong bi. (Mark Scott II called the hit with Health and Safety.) Hi way patrol (old) too.

60.(DEAD)Mark Scotts Internal Affairs Sacramento Sheriff Baltimore, Maryland 6ft or 6ft 1inch 235 lbs BD: Feb 17 60/61/62, Stanford a very bad Astronaut.

61.(DEAD)Mark Scotts BD: Feb 5th around 58 Richman.Virginia Attorney, Law Enforcement_he went to Princeton 97/98 again in Virginia at the same house I witnessed Mark Murered another little boy at the same house. I did testify to this. I know they killed him for the rapes murders that he committed on

19

children/public.

- All of them have Masters Degrees and someone of them might be twins or have brothers that look identical to them. They are a couple of years apart. One of them used to be in the US Army in Germany late 80's and 90's; the other one was a Navy Seal. He was stalking Matt's'
- They would stay in, California: LA, San Diego, San Jose, Freemont, Oakland, Visalia, Fresno, Reno, Modesto
- Washington Seattle , Oregon: Lake View, Portland, New Jersey, Dover Delaware, Washington DC, Atlantic City, Houstin,Dallas,and Corpus Christi, Texas, Maryland Baltimore and Dundalk, Philly, Birmingham Alabama, Jackson Missiappi, Missouri with Shaun Wilford relative and with Aguilar. Roosevelt Arizona, North-South Dakota, Jacksonville Florida.
- Current Mark Scotts II used to or still does live with my housing manager. Judy Castillo for years since I was a little girl. 77th Sacramento Ca, 95820; Arizona, Plymouth and Minneapolis Montana with Judy Castillo.

62. Napoilea Alupoaie/Otilla (EVIL FN BITCH) Killed

63. Otilla Alupoaie SHRA Housing Manager. She really isn't. She is also a convicted felon and she took the dead Otilla Identy.

64. Otilla Alupoaie SHRA Housing Manager (Murdered) Central, Greece 2002. Matt and tried to do whatever we could to stop it. The Otilla Alupoaie that is alive right now is not the real housing manager. They are from the same place and their social security is of by one. This Otilla Alupoaie murdered her for her position. They look Identical and they have the same name but different middle names and they were born almost right next to each other. But they are two different female.

65. Atilla Alupoaie (Killed because she deserved it)

They almost look identical to each other. I know they are very evil females. They all are strong bi. They are also related to Taylor/Tyler, Anthony Juarez Oct 22 1976, and the Court Mediator Patrick Peralta. They have already done blood test on them with the judge that I knew because of them plaining and doing this to other.

- They are from Austria, Greece, North Dakota Wahpeton. North or South Carolina, San Jose CA. Ukiah CA, Vallejo CA.
- Visalia CA, She lived with my Uncle Criminal Attorney Victor Manuel Perez/Victor Michael Perez and his wife Judge Norma Perez/C who is her cousin (FACT)for years.. She made my Uncle think that she was his cousin but it wasn't true for years.
- She also used to live off of Caline/Carline right off of Calvine with one of the Sawtelle's from the DA. He is murdered and she took over his house. She isn't even the same person that he was with. She switch on him

20

and then murdered him.

- The person that came and severed me 12/21/08 9:30 am he was driving a Lexus four door gray/silver small SUV. The license plate had a name on it, it started with a A. Anthony Juarez, Norissa Casino, Kenneth T. Hawkins/Brown and Anthony Juarez Attorney Stephanie Williams cousin. The sever is also related to my uncle wife. Victor Perez and might be related to Taylor/Tyler's' because I know the other one was. They tried to do this to me around 2002 with the same severs they are brothers. They look almost identical. They took a blood test on all of them. The severs is related to them. They murdered his brother.

I am not done submitting my writs. I need to collect more information on the murders of my children that these people that I've name above have done and I am not done there are more people/children that I need to add in.

.

64. Katie Taylor/Taylor She used to work for Safeway or Luckys. I know that she was involve in the robberies that were going on at the grocery stores all over the world: with some of the Asians, a couple of the Sawteles, they looked similar to Ernest Sawtele and a couple of the: Santiago/sz, Brown, Hawkins, Hawkin, Hunts, Stonebreakers, Almanda, Pierre, Pierra, Clarke, Clark, Wilcox, Angel, Angel, Moralez, Velasquez, Sunny and the Esparza, Lopez, Welferd, Wilford, Wilferd, Winkford.Hazel, Cazel, Wohoo, Woe, Miller, Castillo and Castello, Rodriguez/s, Surita, Warriocz, Zavala, Andersen, Taylor, Tyler, Acosta, Cole, Mc Gee, MC Gallon, Gill, Perez, Ramos, Millard's', Diesel, Walkers, Yise, Williams, Scotts, Dunkins or Dunkin, Padela, Daman, Damon, Afflecks, Braziel, Lopes, Appelgate, Lapas.

65. Stephanie Tyler/Taylor 9/30/62 or 63 Washington Mutual, Call Center in the Country Club Plaza (Mall) Carmichael. They would play game with the public with their account getting people information and giving it out. She wouldn't stop breaking into the call center they would hirer her on accident they said and fire her as soon as they see her. Kat Tayler/Tyler would break into the data bases. I would catch her and so would Stephanie Clark. One of the Stephanie Taylor or Tyler also used to work at Bank of America in San Jose. She was fired. I was there as a witness and to whop her ass.

66. Stephanie Clark. Washington Mutual, Human Resource Call Center in the Country Club Plaza (Mall) in Carmichael. The same thing play games with staff and the public. She would gave out clients information.

There are a lot of Taylor and Tyler They look Identical they lie and they say that they aren't related when they are then they lie and tell ever one that Stephanie, Kathleen, Kathryn, Kathjine are just one person and on purpose confuse the person because the name sound very similar. Example Stephanie Taylor and Stephanie Tyler they look Identical and they are two different people. They lie and say that they aren't related they fuck with you over their name. Example Kathryn and Kathjine do the same thing: one is a Taylor and one might be a Tyler. Then they lie and say that if you're a Tylor or its Tyler. Your not related. When they look Identical. Then they play blood test games and tell everyone that they aren't related. When its not true. They are blood related that's what International Intelligence and some good judges told me. Stephanie's, Kathleen, Kathryn, Katharine, Kathjine, Kathrinj, Katie, Karen, Michelle, Play off each other names. They are all almost Identical and switch and act like they are one person. They are all serial murders and headhunters of the worse kind all over the world. They are the Courts, Government Postitute, evil law enforcement, evil relate-state.

All these little girls look Identical to my daughter and would call them self Teresa Juarez and call me mom.

67. Theraesa Warr'oez   They are all murdered.

68. Teraesa Warrioez

69. Thereasa Warr oez/Martinez/ Martinez/Moralez. I knew of her mom her relative told me that she spelled Thereesa name wrong in intentionally to be different from the rest or it might be the right way.

70. Therasa Juares

71. Terara E. Juares Feb 1994 or Oct 1993

72. Theresa Moralez Nov 30th 1994 Her grandpa Judge Ferences gave me custody of her and right after US Judge Ferences was murdered. I was trying to get her and she just disappeared. She was my daughters cousin. I saw her disappear.

- They all would call me mom. Most of them I would think they were my daughter. I did not know how many their was and they still wont stop switching with the little girls. They are all murders by Taylor, Castillo, Castello, Brown, Zapata, Ramirez, Rodrigues, Rodriguez, Scotts. The governor, law enforcement, SHRA, Williams, Clarke, Clark, Martinez, Juarez, Casino, Pierre, Welferd, Wiford, Winkford, Rodriguez/s, Mecondo, Meccanodo, Scott/s, Zapata, Zavala, Moralez, CPS.

- BD 06/05/86 Amanda Rodriguez, Amanda Rodrigues and her Cousin Marie: murdered them with an axe about three of the little girl that look identical to my daughter. All three of them took and axe and through it and murdered them. A couple of the little girls that I've name above. ( At Norcrest Appartment Carmichael) 2001 and 2002.

- About twenty little girls that are my daughter's cousin or my daughter almost all of them were murder.

- Oct 2001-2002

  Marcus Scott a person name Geseilla  and a couple of Judges contacted me and told me to go down to Vacaville they wanted to show me something. I went down and I found out that their were about 15 to 20 little girls that look Identical to my daughter around the same age. I saw them at Phillips private school. I was very hurt and shock that there were so many little girls that look identical to my daughter and was calling themselves my daughter or my daughters name Teresa Juarez. They were all so call me mom. I came back to check on them. A couple of women that sad that they were their grandma. Their name was Josie Martinez. Juarez. Juares. Only Josie Juarez is my daughter grandma. I saw them injecting them and poison and tried to stop. The little girls were in so much pain. They were doing this over and over again in oc. 2001 and  feb 2002. I did try to stop it. Most of my daughters cousins didn't make it. They wouldn't stop trying to murder them with help.I know that Anthony Juarez. Juares. Josies'. Martha/Marta Santiago's/z. Jose Ramirez. Taylor. Sanchez and some women that look just like me were switch my

2

daughter. They switch her since birth. They would give me my daughter's cousin and make me think that the little girl/babies were mine, but I knew in my heart that she wasn't mine. I would bust them. I thought their was just maybe one or two cousin not 20 of them.

Patrick Peralta Current Sacramento Family Court Staff or his cousin that looks Identical to him with the same name: he was doing the hit to murder my daughter and her cousins. Patrick work at the school Phillips and with the group of people that I am talking about they stolid 10,000 from the school. The little girls were in foster care. They were murdering the people trying to help my daughters cousins and even murdering the people trying to pay the 10,000 so they would get kick out of school. A lot of the little girls were murdered.

I've had to go to the morgue looking for my daughter 1999-2002. I have done blood test with the courts and they tell me that Teresa is my daughter but they won't tell me if she is alive or murdered 1999-2002. They just gave me my daughter or another little girl that looks very similar but she isn't my biological daughter they are my daughters cousins about three to for of them telling me that they are my daughter. They think I am their mom and I think they are my daughter. Someone kept steeling mine and my daughters' Birth Cert. 1994-2004 over and over again. 2004 someone stolid: mine, my daughter and my son Birth Cert and I reported it to identity theft Washington DC.

My daughter Teresa Juarez was taken from me since birth. They switch my daughter with to different little girls. The little girls were to dark. I did report this for yrs. I was yelling at staff that they switch my daughter and I know they FN did. I was a little girl 16 years old. My daughter was a big 8lbs almost 9lbs. I have always been very very, boney, and tiny. They made me go over due. I know that their was a little girl name Theresa Juares or Warrioez born 3/30/94 and my daughter Teresa Juarez 3/31/94. I didn't find these out until 2002. They both are my daughters only one is my bio daughter. I think they are murdered. The doctor that dilivered my daughter was a Taylor. She was related to Kathryn Taylors' and Tylers'.

1993 Dec 1994 Jan/Feb Kathryn Taylors'/Tylers'. Wouldn't stop stalking, sexually attacking me even when I was pregnant. She would fallow me to my appointments. They had the staff attack me with staff and Taylor stick her fist in side of me. All the way up my whole to my uterus. I thought I was going to lose my daughter. She wouldn't stop excusing me that I was pregnant with my rapes Vincent Sanchez/Valesquez baby: she took a chain and tried to choke me to death when I was 6 to 7 month pregnant. The person that was helping her assaulted me, they were trying to kill me and my daughter and it was also a Sanchez. Vincent's' cousin. When I saw who the doctor was I didn't want her to touch me Taylor and Sanchez. I

didn't wan to go back.. but my mom made me go back. I was also poisoned when I was six months and my Martha Santiago wouldn't stop hurting me I thought I was in labor.

Taylor/Tyler Sanchez Ramirez as well as my own mom helping sexually, assault me even raping me and my male friends.

I got was every sick when I was six nmths pregnant. I was poisoned. I was in pain all over I think I was going into labor. My mom wouldn't stop hitting me and she wouldn't stop hitting the back of the head. . I couldn't move to throw up. I was choking and she was pulling my hair and hurting me. She didn't make sense. Taylor/ Tyler wouldn't leave me alone.

I have report my daughter possibly being murdered about three to four times. Because of the other girls that look almost identical to my daughters. Herr father family teams up with my relatives and these group of people switch my daughter. A lot of them have been murdered. I really think that my daughter might be murdered.

My daughter was light complicated born with black light brown almost blond running through her hair no red.. She had a lot of hair. She look just like Anthony Juarez. They took her from me and I swear to god they gave me a different baby. I don't think I had my daughter but I dont know for sure. My mom is that sick and wonic do this to me. They would murder her. They keep trying to give me the baby that was to dark with dark brown blonde and red hi lights running thru her hair. They would not stop switching my mom would not stop acting like I was abandoning my daughter and playing FN games.

73. Theresa Warrioez age 12/14 Murder 2001 or 2002. William Williams SHRA younger brother shot her in the head right by 28th and Rst right by the Welfare office. Played like it was a accident. He was obsessed with her. I witnessed this and tried to stop. I saw her suffer, tortured. She broke my heart. She was a very good girl. She looked almost identical to my daughter but a little bit darker. She lived four only 2 mnths. Kiaser.

74. Vanessa Warrioez 12/14 Murder 2001 or 2002 Vanessa was her sister they slit her throat at the Capital in the Governors Office. I remember doing everything I could to stop it. They would stop attack them. They were very good girls. Beautiful. She was the one that look a lot like my daughter. They both called me

4

mom. Health and Safety. Health and Human Service. SHRA. Law Enforcement. Courts. were stalking the shit out of them. Timothy Lawless. Headhunters. Serial Murders of the worse kind.

- California Gray Davis relatives and my daughters. I witnessed his brother Greg and they Shot themselves because you wouldn't stop murdering his family both in the Governors office Nov 17th 2002 and Nov 17th 2003. We were on ok turms.
- The little boy that shout Theresa Warrioez was the brother of the Will Williams that tried to seriously rape me on San Francisco and 35st. SHRA housing employee and relative.

They are my daughters Teresa Alena Juarez relatives. They look almost identical to my daughter. It is extremely hard to tell them apart.

75. Bruce Wagstaff. Health and Human Service. Executive of Welfare Dept. off of Marconi Ave. He is into playing games with the public. hurting children. prostitution. and porn. Psycho Serial Murders and Headhunter of the worse kind. He is a Brown. Clark or Clark. he is related to Tara/Tyra Patrick. Taylor/Tylor and Christina Applegate. He is a relative of my son. Shaun Wilford. VERY BAD EVIL PERSON.

76. Ernest Wagsteff Golden One University right by Sac State. He was the Auditor of all the Golden Ones Banks.

77. Robert Wagstaff or Wagstafus Golden One. Manager of the Golden one off University in Sacramento. I think they are to different men. They looked kind of mean and I know they were related to my daughter Teresa Alena Juarez grandpa Benjamin Juarez . They looked similar to him. I know that one of them used to work for U S Bank. Social Services. Health and Safety. Secret Service. US Government and maybe Health and Human Service. Us Customs. Murdered.

78. Ernie Wegsta F/Wagstaff I would see him around on and off when I was younger 80's 90's early 2000's. I remember him a little bit. He was always with an older woman that looked similar to the owner of California Learning Center. They were relatives. The owner was with Ernie Wegstaff relative that looked

5

similar. Ernie owned a Title/Label company in the mid west with his older lady friend. I was ok with her but I think she was to old to be with her. Ernie Wegstaff was very good looking. Murdered.

79. Antheni or Anthony Juares 10/2275 they are two deferent people but they look identical. I think they are brothers.

80. Anthony Juarez 10/22/76

81. Antonio Martinez or Martnez he has a identical twin name Antonio Martinez II he was development delay.

82. Anthony Wilferd or Welferd

84. Anthony Martinez

85. Antonio Martinez and Antonio

86. Anthony and Antonio. Warrioez

They all look almost identical to Anthony Juarez my daughter Father. I did not know how many their was. Ive seen alot of the Anthonys' being murdered. I don't know if Anthony Juarez is alive. But almost all of them have daughters that look identical to my daughter and they call themselves Teresa Juarez. They call me mom. I swear to god. Both Anthony and my daughter look almost identical to each other they both had dark brown/black. light brown/to almost blonde highlights running through their hair they are switching my daughter or she is murdered from them switching her. I have literally fought as hard as I could to keep my daughter and to save her cousins from being murdered I don't know why they would want to hurt my daughters.

83. Marsha Zapata Health and Safety/Health and Human Services

84. Marcie Zapata Health and Safety/Health and Human Services

85. Margarita Grace Zapata Health and Safety/Health and Human Services

86. Marshella Zapata Health and Safety/Health and Human Services

87. Marcella Zapata Health and Safety/Health and Human Services

Some of them are Secret Services. Law Enforcement..FBI. I know they have US Custom connections or they are US Custom Selves. California/US Boarder Portal.

- End of May 70
- July, November. I think September
- Zapata was born at the End of March 70. Jamie Marin or Jamie Marine two different men. They look almost identical. Zapata and Jamie are two days apart at the end of March. The other Jamie is born September 26TH 70/69. They both were with the Psycho Serial Murders. The Zapata with help with coworkers/staff would stalk the shit out of them and whoever they are with or want a interested/relationship with. The Zapata's would even play share with them just to be around Jamie. he would even act gay just to keep them a way.

- Zapata was also married almost the whole time to Jamie and Jamie Ramirez/Ramires two different men, Jamie and Jamie Santiagos/Santiago and Santiagoz two to three different men for fact. I saw one of the Zapata's' stab Jamie Ramires off of 21st Ave. right by Toronto Way in the late 90's next to 78th right by the grass area. She stab him twice the first time Zapata and I got in a fight. I was trying to save Jamie life she stab him. His uncle Surgeon Jose Ramires saved his life and Zapata and Ramires were going to work things out. I was driving up 21st Ave. early in the morning and I saw Zapata stab Jamie Ramires again. I saw her stabbed him very hard and I think the knife had poison on it. I don't think she saw me. I came right back and I saw her crying hard. I told her that I saw her stabbed him. She thought that she could play me. I did report this to law enforcement. I think they gave her probation. She murdered him. His own family was in on it. Agular,Harman, Santiagos/s. Santiago, Castillo. Williams. Mark, Clarke, Sanchez, Clark, Lawless, Yise, Millar. Miller, Wonoo, Woe, Taylar/Tyler/Tayler, Pete Wilson. Health and Human Services. Health and Safety. State Wide Health Planning. Hazel, Cazel, Anderson, Stonebreaker, Hawkin/s,CPS, DA.I THINK this Jamie was from San Diego/Lodi. He had a disabled daughter that they murdered. Jamie might have worked for the bank but he had a serious wrong full death suit for what they have done to his daughter. Zapata, Lynette Zavala or their relative that looks identical to them. I saw them murdered her at the state capital. and Mark Scotts II. Jamie's daughter had a sister or cousin that looked identical too and she was disabled too. The

7

little girls were murdered at the Capital hunted like a sport. They enjoyed it. They were celebrating. They were going around killing disabled babies.

- Toronto Way 95820 a couple of houses away from my Grandma's house 4933 Toronto Way to the left side light blue house. Her and her family would switch relative that look identical in the house and would make me and a couple of my relatives and Husband, ex's, children think they were the same family or people and their relatives look almost identical its hard to tell them apart. They play as if they are just one person.
- A couple of them went to school at Wood C. Woods, Joseph Bonnheim, Johnson Hi West Campus. I know they used to go to these schools. ARC, Consumes River College, and Sac City College.
- They are also gang bangers Gardens, Diamonds, Broderick, Franklin.
- They are into prostitution, selling children, drug dealers, headhunters, psycho serial killer of people and children. I've witnessed and stopped.
- Lived/Stayed Merced, Modesto, Lodi, Elk Grove in a gated community called Stone Creek (now), Green Haven, Northgate, San Diego, LA, San Jose, Visalia, Tulare, Harald close to Lodi, Isleton, Rio Vista, Vallejo

88. Ieasha Dunkin 2511 Gunn Rd # 8 Carmichael 95608.

89. Miesha Dunkins

90. Ieasha/Miesha Scotts All three to four of them look identical and say they are the same person.

- They've had this plain for years. They also used to be with Anthony Juarez/Juares/Warrioes/ Warriocz some of them; out of force and rape Anthonys'. They also used to live with Judy Castillo, Taylor/Tyler/Zapata, Terry Rule, Scotts, Surita, Millard, Acosta, Santiago/sz,Stonebreaker, Hawkin/s. I do know who they are but I really don't. I don't hang around them. I would see them around. A couple of them are convicted felons for raping, drugging, molesting, children, male and females.
- **Charles Brown/Angle/Angel, Bryan Brown/Angle/Angel, Chris Brown/Angle/Angel** and one is a Almanda too. They are also related to Norissa Juarez. (FACT) Almanda/Avalos/Morales/Gill are common relatives of them. All four of these men say they are Charles Brown. This is not true. These men have seriously attack me sexually and physically several times since childhood, 90's, 2000's. I would found them in my apartment off of W. Capital in West Sacramento 96/97 and they would attack me. Anthony my

8

daughters father and who he was associated/affiliated with. Set me up and had me attack.

Angel/Angle Russell or Russiel Sacramento Sheriffs BD Nov 7th, Sep 24th. Relative of the Above.

Twins.Tried to take my daughter and had me seriously sexually attack. I whooped their ass. They wouldn't stop attacking me. I did not know why I was being attack. I don't know them. But these men/women would not stop threaten me and I wouldn't stop fighting them to make it clear to leave me alone. I have reported them to law enforcement. They were stalking, attacking, and trying to rape me. I do not enjoy fighting men. They are convicted felons for murders/rape one of the worse psycho serial murders I have ever met. He is really with Miesha/Ieasha. They have been together for years and play to the public; just met, on and off again, to the public. Play traps/setup molesting, raping, children and the public. They also used to be with my housing manager. They used to live with these people.

Taylor/Tyler/Castillo/Clarke/Clark/Angel/Angle, Avalos, Gill, Ramirez, Martinez, Scotts. These men are also in with SHRA, very close and relatives. Handing down and doing the hits for SHRA and the list people that I have named. These men look almost identical. They have already attack me here at these apartment. The Sheriff that came out in 2005 and 2006 where old tenants and Anthony Juarez/ Martinez cousin. They didn't do shit. This is what they do. Criminal Psycho Serial Crimes. These group of people have not change. They are druggy, court snitches, they are the courts punks and carry out their hits. They are Related to Penelope Clarke. This was part of her attacks on me and her odd behavior. I didn't know who she was. When I found out that she call hits on me. I made it very clear to her that I am not her punk. I was a single young very pretty mom. I just wouln't stop fighting.

- They are Mark R. Scott II relative (FACT). She lives in at my apartment 2511 Gunn Road
- They used to live around 21st Ave. and around 78th street. 49th Ave. All over Sacramento. Oakland, Freemont. I know that three out of four of them are convicted Felons.
- When I moved on May 19th 2004 at 2511 Gunn Road Apartment 6, Ieasha/Miesha told me that she only lived her for about a year an a half. That is not true. I've seen them here for over 11/12 years and living in Apt 8. They are switching again. I've seen about three to four different women saying that they are Ieasha/Miesha.

They look almost identical they are about inch apart in high. Ieasha/ Miesha Scott/Brown. I did see a couple of times.

• Christopher Brown is the only one that is a very good man. They murder him in 2001 at One Columbus Cir in Washington DC. He was turning the court in for murdering/ raping/ stalking him, children, the public and their plains. attacks. setaps. He was going to court because they wouldn't stop framing him. FOR HIS EVIL TWIN. Charles Brown.and his own relatives Psycho Serial Murdering and Headhunting of the worst kind . My mother Martha Santiago/sz taree deferent women wouldn't stop attacking and faming him too. Trying to murder him because he wouldn't stop trying to press charges on them. They were stalking him very bad. I was his friend. I would help him.

91.  Judy Castillo Dec 12th SHRA Caloma Rancho Cordova, I can not tell them apart. I know that these women used to be with Kenneth T. Hawkin/Hawkins and his cousins/relatives. Sacramento Family Court Mediator. Patrick Surita, Peralta, Pierre, Pedra for several years and years. Timothy LawlessThey are four different men three of them are dead because they asked for it and one of them was murdered. SHRA Alupoaie's' are also his sister/cousin. They are all Sylvia Surita-Millard and Anthony Juarez cousins too. I have witnessed Judy trying to threatening me because of me pressing charges and making police reports on the group of people that are named above. She has also murdered my company at 6010 North Crest June 2001 Anthonio Avelos 27/28. I witnessed it  he was coming to visit me and was showing me his new Truck 2500 2001 Ram (Blue) she slit his throat. He was beautiful. He was a Correctional Officer or US Custom I think. He cousin did witnessed this and he was murdered too. Carol Avalos. Correctional Officer.

92.  Judy Castillo BD: May 31 , Julia and Julie Castello BD: Jan 11 and 12th
They all say that they are Judy Castillo and play off each other names. They were murdering my daughter's cousins or my daughter at her old school. Saint Francis.   2001 and 2002.

- Earnest Sawtele was murdered in my apartment on his birthday August 30 2002. I was walking to my door and I saw a woman that look just like Judy Castillo. She Slit his throat. SHRA wouldn't let me in my apartment. When I went into my apartment. I saw her slit his throat I thought I was seeing things. She was cleaning her mess. She said. When I went in to my apartment their was no blood a couple min later. Ther was no blood any where. They used to be with Ernest Sawtele's' and Sawtelle's'. Ernest Sawtele did rape me on his BD Aug 30th 2001 in my apartment. They molested my children Vanessa Warrioes. Martinez. Warrioez. Juarez. Anderson. Avalos. Damon. Fernandez Twins. They murdered hunted. rape. stalked. harassed. my ex, husband. and friends. This is what they have done. They are into court games. trappings. set ups that they do themselves even to innocent children latterly prying on them. Pedophile.

93. Judi Castilio May 31[th] SHRA. The same as above I can not tell them apart.

94. Judy Castelle NO I. She looks identical to them they are relatives and they look almost identical. I usually can not tell them apart but because I don't like hanging around them but they've known me since I was a baby. She goes around acting as if she was a SHRA Judy Castillo's'. She isn't. She is a convicted felon. Psycho Murder. They lie and make the public think they are one person They call hits with SHRA. relatives. dirty law enforcement. FBI and the courts. Gill. All of them have murdered my company many times. even children. About 6 little girls that look almost identical to my daughter. All of these women are involve with the raping. stalking. murdering. drugging. attacking/ stabbing. molesting. framing tenants/relatives prying. hunting's for years. Part of the group psycho serial killers. They are into prostitution. porn and forcing sexual favors.

95. Julia Castillo Jan. 12th convicted felon and the state let her out of prison. She was at my daughters school St Francis 2500 Kst Sac CA. around Feb 2002 and Julia murdered with Doctor Jose Raminez a little girl that look iden ical to my daughter. Julia would not stop trying to take her out of class and befriend her. Someone that look identical to my cousin Sylvia Surita/Acosta stabbed the little girl too. Two little girls where murdered at Kaiser. They both were poison by Julia/Taylor was playing like she was her aunt . Both little girls were calling me mom. She told Jose Ramirez to kill her and he did. I swear to god. They poison

11

them and stabbed them. Then I went to the Kaiser or City morgue and saw them dead. They said they were Terasa and Theraesa Warrioez/Jaurez but I don't know. Timothy Lawless was there wanting and telling them to kill the little girls. I swear to god: at Kaiser.

• SHRA Judy Castillo Manager on Coloma frame her son or nephew for stabbing someone. When it was really het that stabbed a SHRA Tenant. He did press charges on her around 97/98. Michael Anderson. Dec 68/69. Ramon went to prison for her lie. Ramon Ramo and Ramon Romo. They were released 2001. Both boys went all the way to the US Supreme court and won their release. One of them was acquitted and completely innocent. Spring time of 2001 and he was released late summer early fall of 2001. They were good people (Smart) I knew of him from school. I was their friend. When they were released she gave Mark Scotts his ware about and he murdered him on the freeway 50 Sunrise with a shotgun and shout him/them. murdered him. I did witnessed this. Mark would always hurt and punk him.The boys turned always turn them in Psycho Serial Marders. Mark would make Deals on people live and sell them. She really helped on murdered them. I was sad. I do not enjoy watching my friends die. The other Ramon was murdered in prison. Mark Scotts II was a correctional officer. They also turned her and the group of criminal crimes. She was getting busted. I was watching her. I was very upset with her. They were just kids they were around my age. They are also related to my daughter.

Judy Castillo Murdered SHRA employees William William. Teresa Warrioez. another Kaylob. Theresa Torres. Sheriff Tori Rule. Terry Rule relative: She trick them. SHRA mad them think that SHRA was having a party at the Old Judicial Council in San Francisco on Golden Gate. The new Judicial Council is right next door to the old one and right across the street from 450 Golden Gate FBI.I told staff that I think she is trying to kill them and they though the same thing. SHRA staff decided to go to the party and she shot them all. I saw Norissa runny from the door with Eric Corel Handler. William William or his brother had a baby with Norissa she murdered the baby at Mc Donalds on Arden and Howe. They murdered a lot of SHRA Staff. Judy Castillo

12

5/31/60 was the shooter. I did drive out their because I was wearied about the staff some of them were my daughter relatives and good friends. July 2001.

They would stay in Plymouth Montana, San Jose, San Diego, Polenesses Lebanon, Costa Rica Central America with Patrick, North South America, Columbia, Stockton CA, Lodi, Merced, Arizona, Nevada, New Mexico, Indiana, Harald, Vallejo, They used to live off of 76TH AND 77TH Sacramento CA 95820.

- They are strong oi with Taylor/Tyler/Brown/Lopez/Travis/Andersen
- The another relatives are born on Jan 11,12 and 14th
- One of them used to be a Ramirez
- They have pulled Shot Guns on me at 4620 Marconi Ave in Fall of 1998 a couple of times because they didn't want me to press charges on. Hawkins/Hawkin for trying to rape me. They were taking my daughter from my bed. Putting cocaine in my closet. They were part of these hits. I would fight them to keep my daughter and turn the cocaine in to the Carmichael Sheriffs.
- SHRA gave me a voucher for sec 8 in the summer time of 98. I was going undercover for the DA/COURTS with Correctional Officer Jonathan Powerz 4/5/ 70-67. She illegally stolid my voucher. I did make a law enforcement complaint and a complaint with SHRA housing. I waited on the list since June of 95 and 96. They were raping men and production babies. Then murdering/hunting them. I was supposed to go undercover in Chco. The Judy's' were acting extremely odd. I really wanted to whoopee her ass very bad and even SHRA was extremely angry with her. She took my voucher Chico CA. 97/98/99.
- I've gotten Sec 8th about three to four times and for some reason. The staff makes any excuse not to give me the voucher. I give them what they need and what they asked for.

96.  Tina C. Travis 2511 Gunn Rd Apt # 4 same
97.  Tina-Marie Travis same

98. Tina Marie Travis  They all say they are Tina Travis. They are three to four different women. They look almost identical to each other. They used to have sex with Athony Juarez. I also witnessed that they used to live her before and were playing the Lety game. One of them has pretty stain teeth. They would take turnes on messing and hitting my cars more then a few times.  A couple of the Tina children are Judy's Relatives (Fact)  All of them are convicted Felons I swear to god..  I witnessed them Murder my brother King Bennie Lopez BD 6/18-67 at the concern gas station Walnut/El Comino. They made him think that her daughter was going to die and that she needed him. He had already pressed charges on them like I have for vandalizing and steeling his car. Charles Brown. Sonia Perez with Tina Travis Set Bennie Lopez up and Sonia Perez shot him in the chest.  ON HIS BIRTHDAY. 6/18/2001 His dad Gorge Bee Lopez 6/18/52 and I witnessed Bennie dying at Kaiser on Cottage. He should have died they poisoned him. The Travis are related to Taylor/ Tyler or they used to fuck.

- They are Shaun Wilford cousins who I been had retraining orders on.  All Tina Travis is a known prostitute. drug attack. and psycho serial murder. I've witnessed them stalking,harassing,vandalizing and hitting my car. as well as myself several times for years and even gone to court. I Don't know them. This has been going on since the 90's.

- Judy family is always over her Apt.

103.  2511 Gunr Rd # 3  is SHRA manager Alupoaie Cousin relative Fact they used to live off of Calvine and Carline together even now they live together. They are two woman and they keep switching acting as one person. The lady husband has been dying of cancer for years they would play this game. I know that both their husband are dead but the last time in the last 90's was because #3 twin poison him. But she is Alupoaie Cousin (Fact).

104.  2511 Gunr Rd #  1 is three fat wamen they are all Judys Cousins. (Fact) They just moved in almost a year ago. They are also related to the Millard, Surita. They are also related to. Frank. Franco Gonzales.

14

Gonzalez the postman. They are a team in their crimes together. I know that a couple them are convicted felons. Fact.

105.  2511 Gunn Rd #2  Three to four different wamen  saying they are Cidy Velasquez their names are

- Cindy Valesquez
- Cindy Vasquez
- Cindy Gutierrez
- Cindy Velasquez

They are all related to Anthony Juarez by marriage. They have been with his relative for over 20 years. They look almost identical. They are into porn, having sex with little boys, prostitution, and escort services. They are into black men. I know that one of their daughters was murdered too. A couple of them around 2002 too. They are into coaching and training children/public. She stolid my daughters, son, and myself birth certs. I did call Washington and reported Identity theft. Oct 2004. The little girl that they have is my daughters cousin and Norris Juarez . Cousin too. Cindy are pimped by Judy. Mark Scotts. I have seen two different little girls. Cindy also showed me a badge with her picture saying she was a Sacramento Sheriffs. She is the illegal kind of Sheriff. if she is a Sheriff. Also the little girls that they have are African American and are BROWN. She also used to be with my rapest.

106.  2511 Gunn # 7 goes by the name Miss Green. Her real name is Felicia Velezquez or very close to this. She works for CPS. She also used to be with Timothy Lawless for years. I know that she has a Identical Twins with almost the icentical name. She fame her for a stabbing that Felicia Velezquez done. The one that is alive is part of the Psycho Serial Murdering. She used to be with my rapes Vincent Valezquez/Velezquez/Vasquez/Sanchez. All of the women that are involve have I mean all of them. They are into joining in murdering. hunting. children. They are all in the so call BLACK were they take a person or child and cover their face with black leather and they rape them.  Their connection is Judge Gill not all the Gills' are bad.

I am not done with my writs/reporting them. my children being murdered too I know that one of the Alupoaie's' went to Harvard but Harvard doesn't want to clam them.. I flew out and checked. I know that she used to be with Mark Scott when he lived in Minnesota Morris. I also know that one of their BD is Nov. Oct. April. They are Anthony Juarez Cousin 10/22/76. Taylor/Tyler. Patrick.

12. 30/08 At the public Library I was threaten by a Couple of Sheriffs. The Female was wearing the wrong uniform with the name Wallace but she had the right #182. Wallace belongs to # 996. Choteau was also wearing the wrong uniform but wearing the right # 996. Choteau is the female officer #182. Wilcox # 8616 is SHRA Alupoaie relative and Shaun Wilford my son Cousin. Choteau #182 is Wilcox #8616 relative. Wallace #996 and #182 is Anthony/Norissa Juarez relative. All of them have twins or relatives that look identical to them. They murdered the identical look alike to take their position. They are from Stockton. Texas. The man that I was complaining about was Shaun Wilford family. He murdered his twin and he is using his Iden.ify. He would not tell me his name. #182 is his relative. Wilcox # 8616 is a fat guy that looks similar to the skinny man that is wearing the uniform now. # 996. #182. # 8616 are related to the people that I have reported. FBI Welcox #8616 is a fake number.

• US Supreme Court clerk Andrea Coile/ Cole is Mark R Scott Wife. Extremely illegal. She used to live on Andrea off of El Comino. She murdered her identical Twin and is using her identity. Andrea Cole she live by North Rop. For years and years. I didn't recognize who she was. She took my writs. She is also Anthony Juarez relative (FACT) already done blood test with a Judge.She is also part of the Psycho Serial Murders Headhunting. The clerk next to her was Judy Castillo's niece. She is related to Alupoaie. Taylor/Tyler and court staff that is involve.

• SHRA is using Eason & Tamornini are my rapest. and murder of my children Timothy Lawless relatives. I am not done with the Writs/ Complaint.

Sincerely. Latisha Santos 1/27/10

Latisha Santos 1/27/10